## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   LADWYNA V HOOVER                        §
§   Case No.: 11-23675
§
§
§
§
Debtor(s)                                        §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/03/2011.

2) This case was confirmed on 08/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/03/2011.

5) The case was dismissed on 02/06/2012.

6) Number of months from filing to the last payment:  1

7) Number of months case was pending:  12

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    4,104.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
  Receipts:
          Total paid by or on behalf of the debtor          $       300.00
          Less amount refunded to debtor                    $          .00
  NET RECEIPTS                                              $       300.00
================================================================================

================================================================================
  Expenses of Administration:

          Attorney's Fees Paid through the Plan             $        11.80
          Court Costs                                       $          .00
          Trustee  Expenses and Compensation                $         3.64
          Other                                             $          .00

  TOTAL EXPENSES OF ADMINISTRATION                          $        15.44

  Attorney fees paid and disclosed by debtor                $       291.00
================================================================================

================================================================================
  Scheduled Creditors:

  Creditor              Claim         Claim         Claim         Principal     Int.
   Name          Class  Scheduled     Asserted      Allowed        Paid         Paid

 ILLINOIS TITLE LOANS  SECURED      420.97        456.55        420.97         283.74        .82
 INTERNAL REVENUE SER  PRIORITY   11,000.00           .00           .00            .00        .00
 NEXTEL COMMUNICATION  UNSECURED     172.00            NA            NA            .00        .00
 IL STATE TOLL HWY AU  UNSECURED     637.00            NA            NA            .00        .00
 IL STATE TOLL HWY AU  UNSECURED     424.00            NA            NA            .00        .00
 IL STATE TOLL HWY AU  UNSECURED     354.00            NA            NA            .00        .00
 IL STATE TOLL HWY AU  UNSECURED     212.00            NA            NA            .00        .00
 IL STATE TOLL HWY AU  UNSECURED     212.00            NA            NA            .00        .00
 AFNI INC              UNSECURED     142.00        359.99        359.99            .00        .00
 COMMONWEALTH EDISON   UNSECURED   1,931.00      1,931.02      1,931.02            .00        .00
 WOW HARVEY            UNSECURED   1,661.00            NA            NA            .00        .00
 COMCAST CHICAGO       UNSECURED     322.00            NA            NA            .00        .00
 BUD S AMBULANCE SERV  UNSECURED     706.00            NA            NA            .00        .00
 SPRINT NEXTEL         UNSECURED   1,532.00      2,618.19      2,618.19            .00        .00
 AFNI INC              UNSECURED     914.00         64.61         64.61            .00        .00
 NICOR GAS             UNSECURED      81.00        950.64        950.64            .00        .00
 MCSI/RMI              UNSECURED     250.00        500.00        500.00            .00        .00
 VILLAGE OF GLENWOOD   UNSECURED     250.00            NA            NA            .00        .00
 CITY OF CALUMET CITY  UNSECURED     250.00            NA            NA            .00        .00
 INGALLS HOSPITAL      UNSECURED     100.00            NA            NA            .00        .00
 SUPERIOR AIR GROUND   UNSECURED   1,119.00            NA            NA            .00        .00
 WINDY CITY EMERGENCY  UNSECURED     118.00            NA            NA            .00        .00
 ASSET ACCEPTANCE LLC  UNSECURED     889.00        888.28        888.28            .00        .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MCSI/RMI | UNSECURED | 250.00 | 4,425.00 | 4,425.00 | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT PUBLIC | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 1,432.00 | 1,432.02 | 1,432.02 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 382.00 | 382.92 | 382.92 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 404.00 | 404.69 | 404.69 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 835.00 | 835.72 | 835.72 | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 76.00 | 76.82 | 76.82 | .00 | .00 |
| ARCCERTEGY | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 22,202.19 | 22,202.19 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | 4,104.03 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | .00 | 4,104.03 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 502.39 | 502.39 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,228.97 | 2,228.97 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 142.66 | 142.66 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 1,492.56 | 1,492.56 | .00 | .00 |
| ACL LABORATORIES | UNSECURED | NA | 16.22 | 16.22 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NA | .00 | 35.58 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 732.00 | 732.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 420.97 | 283.74 | .82 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 420.97 | 283.74 | .82 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 46,326.50 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 15.44 |
| Disbursements to Creditors | $ | 284.56 |
| **TOTAL DISBURSEMENTS:** | $ | 300.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/01/2012                               /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**